OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
**CLERK**

**JAMES T. FOLEY U.S. COURTHOUSE**
**445 BROADWAY, ROOM 509**
**ALBANY, NEW YORK 12207**
**(518) 257-1800**

**June 13, 2005**

**Clerk, US District Court**
**2300 United States Courthouse**
**One Courthouse Way**
**Boston, MA 02210-3002**

> **RE: Pharmaceutical Industry Average Wholesale Price Litigation**
> **MDL Docket # 1456**
> **NDNY Case # 05-cv-423 NAM/GJD**

**Dear Clerk:**

Enclosed  herewith please find a certified copy of the  Conditional  Transfer Order and a certified copy of the docket sheet in the above-listed MDL case. As this case is completely electronic under ECF, you can view the original record by clicking on the "CM-ECF Quick Query " link on our intranet site at  http://156.121.59.197/.

Please return the copy of this letter to my attention when you receive this.  Thank you.

Sincerely,
**LAWRENCE K. BAERMAN, CLERK**

**By: Britney Norton**
**Deputy Clerk**

ban
**Enclosures**

**ACKNOWLEDGMENT:** _____  **DATE:** _____

CLOSED

# U.S. District Court
# Northern District of New York [LIVE - Version 2.4] (Syracuse)
# CIVIL DOCKET FOR CASE #: 5:05-cv-00423-NAM-GJD

County of Cayuga v. Abbott Laboratories, Inc. et al

Assigned to: Judge Norman A. Mordue
Referred to: Magistrate Judge Gustave J. DiBianco
Cause: 42:1396 - Tort Negligence

Date Filed: 04/06/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Cayuga**                represented by     **Aaron D. Hovan**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby, McInerney Law Firm
830 Third Avenue
New York, NY 10022
212-371-6600
Fax: 212-751-2540

Email: iramirez@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Andrx Corp.**

**Defendant**

**Astrazeneca Pharmaceuticals
L.P.**

**Defendant**

**Aventis Pharmaceuticals, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Baxter Healthcare Corporation**

**Defendant**

**Baxter International, Inc.**

**Defendant**

**Bayer Corp.**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Boehringer Ingelheim Corp.**

**Defendant**

**Boehringer Ingelheim
Pharmaceuticals, Inc.**

**Defendant**

**Bristol-Meyers Squibb
Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey, Inc.**

**Defendant**

**Eisai, Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Ethex Corp.**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corp.**

**Defendant**

**Gilead Sciences, Inc.**

**Defendant**

**Glaxosmithkline, P.L.C.**

**Defendant**

**Greenstone, Ltd.**

**Defendant**

**Hoffman-La Roche, Inc.**

**Defendant**

**Immunex Corp.**

**Defendant**

**Ivax Corp.**

**Defendant**

**Ivax Pharmaceuticals, Inc.**

**Defendant**

**Janssen Pharmaceutica
Products, LP**

**Defendant**

**Johnson & Johnson**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**Medimmune, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Mylan Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals
Corp.**

**Defendant**

**Novo Nordisk Pharmaceuticals,
Inc.**

**Defendant**

**Oncology Therapeutics
Network Corp.**

**Defendant**

**Organon Pharmaceuticals
USA, Inc.**

**Defendant**

**Ortho Biotech Products LP**

**Defendant**

**Ortho-McNeil Pharmaceutical,
Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corp.**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals**

**<u>Defendant</u>**

**Roche Laboratories, Inc.**

**<u>Defendant</u>**

**Roxane Laboratories, Inc.**

**<u>Defendant</u>**

**Sandoz, Inc.**

**<u>Defendant</u>**

**Sanofi-Synthelabo, Inc.**

**<u>Defendant</u>**

**Schering Corp.**

**<u>Defendant</u>**

**Schering-Plough Corp.**

**<u>Defendant</u>**

**Serono, Inc.**

**<u>Defendant</u>**

**Smithklinebeecham Corp.**
*doing business as*
Glaxosmithkline

**<u>Defendant</u>**

**Takeda Pharmaceuticals North America, Inc.**

**<u>Defendant</u>**

**Tap Pharmaceutical Products, Inc.**

**<u>Defendant</u>**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corp.**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/06/2005 | 1 | COMPLAINT against Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., |

| | | |
|---|---|---|
| | | Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Abbott Laboratories, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc. ( Filing fee $ 250.00 receipt number ALB000674) filed by County of Cayuga. (Attachments: # 1 Exhibit(s) A# 2 Exhibit(s) B# 3 Exhibit(s) C# 4 Exhibit(s) D# 5 Exhibit(s) E)(wjg, ) (Entered: 04/06/2005) |
| 04/06/2005 | | Summons Issued as to Alpharma, Inc., Amgen, Inc., Andrx Corp., Astrazeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Baxter Healthcare Corporation, Baxter International, Inc., Bayer Corp., Ben Venue Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey, Inc., Eisai, Inc., Eli Lilly and Company, Endo Pharmaceuticals, Inc., Ethex Corp., Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corp., Gilead Sciences, Inc., Glaxosmithkline, P.L.C., Greenstone, Ltd., Hoffman-La Roche, Inc., Immunex Corp., Ivax Corp., Ivax Pharmaceuticals, Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., Medimmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., |

|  |  |  |
|---|---|---|
|  |  | Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corp., Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products LP, Ortho-McNeil Pharmaceutical, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corp., Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Schering Corp., Abbott Laboratories, Inc., Schering-Plough Corp., Serono, Inc., Smithklinebeecham Corp., Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corp., Agouron Pharmaceuticals, Inc., Watson Pharma, Inc., Watson Pharmaceuticals, Inc., Wyeth, Alcon Laboratories, Inc., Allergan, Inc.. (wjg, ) (Entered: 04/06/2005) |
| 04/06/2005 | 2 | G.O. 25 FILING ORDER ISSUED Initial R16 Conference set for 8/4/2005 02:30 PM in Syracuse before Magistrate Judge Gustave J. DiBianco. Civil Case Management Plan due by 7/22/2005. (wjg, ) (Entered: 04/06/2005) |
| 05/03/2005 | 3 | Letter from Aaron Hovan, outside counsel for County of Cayuga requesting Adjournment of Deadlines. (Hovan, Aaron) (Entered: 05/03/2005) |
| 05/05/2005 | 4 | LETTER/REQUEST AND ORDER; Letter addressed to MJ DiBianco requesting that the Civil case managment plan and Rule 16 conference be postponed as this case has been transferred to M.D.L.; So Ordered, Court's order setting forth deadlines for submission of a civl case mgm't plan is vacated, Rule 16 conference cancelled; Parties to file a Status report by 12/15/05. Signed by Judge Gustave J. DiBianco on 5/4/05. (kcl, ) (Entered: 05/05/2005) |
| 05/05/2005 |  | Set/Reset Deadlines: Status Report due by 12/15/2005. (kcl, ) (Entered: 05/05/2005) |

| 05/19/2005 | 5 | NOTICE from Judicial panel on multidistrict litigation advising of Conditional transfer Order (kcl, ) (Entered: 05/19/2005) |
|---|---|---|
| 06/13/2005 | 6 | TRANSFER ORDER. Case Transferred to District of Massachusetts for MDL (re Pharmaceutical industry average wholesale price litigation). Signed by Clerk of the Panel Michael J. Beck. (ban) (Entered: 06/13/2005) |
| 06/13/2005 | | Case transferred to District of Massachusetts. Original file, certified copy of transfer order, and docket sheet sent. (ban) (Entered: 06/13/2005) |

<table>
<tr><td colspan="4" align="center"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4" align="center"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4" align="center">06/21/2005 15:08:54</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>us2510</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>5:05-cv-00423-NAM-GJD</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>4</td><td><strong>Cost:</strong></td><td>0.32</td></tr>
</table>



**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

June 8, 2005                    JUN 0 0 2005

LAWRENCE K. BAERMAN, CLERK
ALBANY

Mr. Larry Baerman, Clerk
345 James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS
Your Case: Civil Action Nos:

1:05-408 County of Washington v. Abbott Labs, Inc. et al          District of MA No: 1:05-11180
1:05-422 County of Rensselaer v. Abbot Labs, Inc. et al          District of MA No: 1:05-11181
1:05-425 County of Albany v. Abbott Labs, Inc. et al             District of MA No: 1:05-11182
1:05-468 County of Warren v. Abbott Labs, Inc. et al             District of MA No: 1:05-11183
1:05-474 County of Greene v. Abbott Labs, Inc. et al             District of MA No: 1:05-11184
1:05-478 County of Saratoga v. Abbott Labs, Inc. et al           District of MA No: 1:05-11185

Dear Mr. Baerman :

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid

Kimberly M. Abaid
Deputy Clerk

Information Copy to:        Michael Beck, Clerk of the Panel
                           Counsel of Record
                           Robert Alba
                           Christine Patch



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 12 2005

OFFICE
FILED
CLERK'S OFFICE

I hereby certify that the
foregoing document is a true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on
☒ original filed in my office on ___ 7-05
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____ Deputy Clerk

*DOCKET NO. 1456*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-21)*

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 35 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 3 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1456
## IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE
## LITIGATION

DIST. DIV. C.A. #                    CASE CAPTION

NEW YORK NORTHERN
NYN 1  05-408         The County of Washington v. Abbott Laboratories, Inc., et al.
NYN 1  05-422         County of Rensselaer v. Abbott Laboratories, Inc., et al.
NYN 1  05-425         County of Albany v. Abbott Laboratories, Inc., et al.
NYN 1  05-468         County of Warren v. Abbott Laboratories, Inc., et al.
NYN 1  05-474         County of Greene v. Abbott Laboratories, Inc., et al.
NYN 1  05-478         County of Saratoga v. Abbott Laboratories, Inc., et al.
NYN 3  05-354         County of Chenango v. Abbott Laboratories, Inc., et al.
NYN 3  05-456         The County of Broome v. Abbott Laboratories, Inc., et al.
NYN 5  05-397         County of Tompkins v. Abbott Laboratories, Inc., et al.
NYN 5  05-423         County of Cayuga v. Abbott Laboratories, Inc., et al.
NYN 6  05-415         County of Herkimer, New York v. Abbott Laboratories, Inc., et al.
NYN 6  05-489         County of Oneida v. Abbott Laboratories, Inc., et al.
NYN 7  05-479         County of Saint Lawrence v. Abbott Laboratories, Inc., et al.

NEW YORK WESTERN
NYW 1  05-214         County of Chautauqua v. Abbott of Laboratories, Inc., et al.
NYW 1  05-236         County of Allegany v. Abbott Laboratories, Inc., et al.
NYW 1  05-256         County of Cattaraugus v. Abbott Laboratories, Inc., et al.
NYW 1  05-259         County of Erie v. Abbott Laboratories, Inc., et al.  Opposed 5/24/05
NYW 6  05-6138        County of Wayne v. Abbott Laboratories, et al.
NYW 6  05-6148        County of Monroe v. Abbott Laboratories, Inc., et al.
NYW 6  05-6172        County of Yates v. Abbott Laboratories, Inc., et al.